969 A.2d 1177

**Ali A. LUMUMBA, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 179 EM 2008.**

Supreme Court of Pennsylvania.

April 1, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of April, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**